```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :        ORDER

     -v.-                        :        19 CR 452 (KPF)

NATHANIEL TAYLOR,                :

          Defendant.             :

- - - - - - - - - - - - - - - - - -x
```

WHEREAS, the Court issued an oral decision on the record in the above-captioned case on December 20, 2019;

WHEREAS, the United States of America, by and through Geoffrey S. Berman, United States Attorney, Thomas John Wright, of counsel, has requested an extension of the 30-day deadline within which to file a Notice of Appeal of that decision as required by Federal Rule of Appellate Procedure 4(b)(1)(B)(i) and 18 U.S.C. § 3731;

WHEREAS, Federal Rule of Appellate Procedure 4(b)(4) provides that "[u]pon a finding of excusable neglect or good cause, the district court may--before or after the time has expired, with or without motion and notice--extend the time to file a notice of appeal for a period not to exceed 30 days from the expiration of the time otherwise prescribed by this Rule 4(b)";

WHEREAS, the Government requests the extension to enable the Solicitor General to review the Court's decision and

determine whether to appeal the decision; and

WHEREAS, the Court finds that the Government has demonstrated good cause to extend the time to file a notice of appeal for 30 days;

IT IS HEREBY ORDERED that the Government's deadline to file a notice of appeal is extended by 30 days, until and including February 20, 2020.

Dated: New York, New York
January 21, 2020

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE