UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 19 Cr. 452 (KPF) |
| NATHANIEL TAYLOR, | ORDER |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record in open court on December 20, 2019, Defendant's motion to suppress is GRANTED.

The Clerk of Court is directed to terminate the motions pending at docket entries 17 and 25.

SO ORDERED.

Dated: February 21, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge